UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVEN J. GEISENHOFF and PATTI A. GEISENHOFF,<br><br>       Plaintiffs,<br><br> v.<br><br>PEND OREILLE COUNTY, et al.,<br><br>       Defendants. | NO: 12-CV-0639-TOR<br><br>ORDER DISMISSING FEDERAL CLAIMS AND REMANDING CASE |

  BEFORE THE COURT is the parties' Stipulation to Dismiss Federal Claim With Prejudice (ECF No. 42). Pursuant to the parties' stipulation, the Court will dismiss Plaintiffs' federal causes of action with prejudice and without costs or attorney's fees to any party. Fed. R. Civ. P. 41(a)(1)(A)(ii). Having dismissed all claims over which it has original federal question jurisdiction, the Court will decline to exercise supplemental jurisdiction over Plaintiffs' remaining claims. 28 U.S.C. § 1367(c)(3). Accordingly, this case is hereby remanded to Pend Oreille County Superior Court.

ORDER OF DISMISSAL AND REMAND ~ 1

**IT IS HEREBY ORDERED**:

Pursuant to the parties' Stipulation to Dismiss Federal Claim With Prejudice (ECF No. 42), Plaintiffs' federal claims against all Defendants are **DISMISSED** with prejudice and without costs or fees to any party.  This case is **REMANDED** to Pend Oreille County Superior Court.  All pending motions are **DENIED** as moot.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, <u>mail a certified copy to the Clerk of the Pend Oreille County Superior Court</u>, and **CLOSE** the file.

**DATED** April 29, 2013.



THOMAS O. RICE
United States District Judge